# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD JONES & CO., L.P. ROBERT OWEN KINCAID and KENNETH ROBERT WOOD,<br><br>Petitioners,<br><br>vs.<br><br>ERNEST MARTIN, a single man,<br><br>Respondent. | Case No. 2:19-cv-06776-AB (KSx)<br><br>**JUDGMENT CONFIRMING ARBITRATION AWARD**<br><br>~~Date: October 25, 2019~~<br>~~Time: 10:00 a.m.~~<br>~~Place: Courtroom 7B~~ |

The Court has reviewed the unopposed Petition of EDWARD JONES & CO., L.P., ROBERT OWEN KINCAID and KENNETH ROBERT WOOD's (collectively, "Petitioners") to confirm the arbitration award rendered in the Financial Industry Regulatory Authority Dispute Resolution ("FINRA") Arbitrators' Award in the matter entitled *Ernest Q Martin v. Edward Jones, Robert Owen Kincaid, and Kenneth Robert Wood,* FINRA Case No. 17-02411 (the "Expungement Arbitration") (the "Award"), and enter judgment thereon. The October 25, 2019 hearing is **VACATED**.

Having considered the pleadings filed by all parties, this Court hereby **GRANTS** the Petition on its merits and as unopposed, *see* Local Rule 7-12, and rules as follows:

**IT IS HEREBY ADJUDGED AND DECREED** that Judgment is entered in conformity with the Award rendered on January 25, 2019, filed with the Complaint (Ex.

C, Dkt. No. 1-1 pp. 14-21) and incorporated below, in the arbitration entitled *Ernest Q Martin v. Edward Jones, Robert Owen Kincaid, and Kenneth Robert Wood,* FINRA Case No. 17-0241. That arbitration ruled as follows:

## **AWARD**

After considering the pleadings, the testimony and evidence presented at the hearing, the Panel has decided in full and final resolution of the issues submitted for determination as follows:

1. Claimant's claims are denied in their entirety.

2. The Panel recommends the expungement of all references to the above-captioned arbitration case from registration records maintained by the CRD for Respondent Kenneth Robert Wood, occurrence number 1898185 (CRD# 5237460), and Respondent Robert Owen Kincaid, occurrence number 1898383 (CRD# 2944141) with the understanding that, pursuant to Notice to Members 04-16, Respondents Kenneth Robert Wood and Robert Owen Kincaid must obtain confirmation from a court of competent jurisdiction before the CRD will execute the expungement directive.

   Unless specifically waived in writing by FINRA, parties seeking judicial confirmation of an arbitration award containing expungement relief must name FINRA as an additional party and serve FINRA with all appropriate documents.

   Pursuant to Rule 13805 of the Code of Arbitration Procedure ("Code"), the Panel has made the following Rule 2080 affirmative findings of fact:

   The claim, allegation, or information is factually impossible or clearly erroneous.

   The claim, allegation, or information is false.

   The Panel has made the above Rule 2080 findings based on the

- 2 -
KYL4839-6737-6545.1

following reasons:

The Panel found that the allegations made in the Statement of Claim to be nonmeritorious as Claimant did not meet the burden on proof. The economic climate prevailing at the time was such that Claimant's parameters for investing in insured, tax free, highly rated bonds were unattainable. In short, there was no viable alternative. The account was self-direct (non-discretionary) and the principal financial instrument at issue was a Federated tax-free obligations fund whose interest rate trended close to zero, in correlation with generated market interest rates. There were some differences between Claimant and Respondents as to as to Respondents' communications to Claimant regarding the performance of the fund, as well as Claimant's need for liquidity in order to support his other business interests. The Panel found Respondents to be more credible.

Because the Panel found that none of the claims filed against Respondents and heard during the case-in-chief were meritorious or proven, under FINRA Rule 2080 both (A): the claim, allegation or information was clearly erroneous; and (C): the claim, allegation or information is false. Of particular note was the fact that Claimant supported the plea for expungement.

Finally, the Panel unanimously finds that the expungement of this arbitration would have no material effect on investor protection, the integrity of the CRD system, or regulatory requirement.

3. Any and all claims for relief not specifically addressed herein are denied.

**IT HEREBY ADJUDGED AND DECREED**

DATED: October 23, 2019

_____
HONORABLE ANDRE BIROTTE JR.
JUDGE, U.S. DISTRICT COURT